IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARCE RIVERSIDE, LLC,<br><br>    Debtor,<br><br>In re KERA RIVERSIDE, LLC<br><br>    Debtor.<br>                                          / | No. C 16-0329 JSW<br><br>**ORDER RE APPELLANT'S REQUEST FOR CLARIFICATION** |

Now before the Court for consideration is the request from Appellant Penn Equities, LLC ("Penn") for clarification of the Court's scheduling order. That order requires that Penn file and serve its opening brief on appeal "within 28 days after entry of the appeal on the District Court's docket pursuant to Bankruptcy Rule 8007." Should Penn wish for an extension of the time to allow for the 28-day count to commence at the time the reporter completes the transcripts and files them with the bankruptcy clerk and the bankruptcy clerk transmits the full record to the District Court or a notice that the record is available electronically, Penn shall file a request for such extension. The Court is amenable to such a request.

    **IT IS SO ORDERED.**

Dated: February 5, 2016

                                                                        JEFFREY S. WHITE<br>
                                                                        UNITED STATES DISTRICT JUDGE