1  Andrew K. Alper (State Bar No. 088876)
   Hal D. Goldflam (State Bar No. 179689)
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard
3  Nineteenth Floor
   Los Angeles, California 90017-2427
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for Creditor, Penn Equities, LLC
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In re<br><br>ARCE RIVERSIDE, LLC,<br><br>Debtor.<br><br>In re KERA RIVERSIDE, LLC,<br><br>Debtor, | Case No. 16-cv-00329-JSW<br><br>**ORDER (1) CONSOLIDATING APPEALS, AND (2) MODIFYING SCHEDULING ORDER FILED JANUARY 21, 2016** |

## ORDER

The Court, having considered the Stipulation among Appellant Penn Equities, LLC ("Penn") and Cross-Appellants Arce Riverside, LLC And Kera Riverside, LLC ("Debtors") for an Order (1) Consolidating Appeals, and (2) Extending Deadline for Appellant to File Its Opening Brief on Appeal and Extending Deadline for Cross-Appellants to File Their Initial Brief on Appeal, and for good cause shown, it is hereby ordered as follows:

1. Penn's appeal and Debtors' cross-appeal from the Judgment on Objection to Claim in Bankruptcy Case No. 13-32456DM [Bankr. Doc. No. 263] are hereby consolidated pursuant to Rule 8003(b)(2) of the Bankruptcy Rules; and

2. The Court's January 21, 2016, Scheduling Order [Doc. No. 2-1] is hereby modified as follows:

    (a) Penn's opening brief on appeal shall be filed and served filed within 28 days after (i) the reporter completes the trial and post-trial hearing transcripts and files them with the bankruptcy clerk, and (ii) the bankruptcy clerk transmits the full record (including any additional items timely designated by Debtors to be included in the record on appeal pursuant to Bankruptcy Rule 8009(a)(2), and any additional items to be included in the record on appeal timely designated by Penn pursuant to Bankruptcy Rule 8009(a)(3)) to this Court, or the bankruptcy clerk transmits to this Court a notice that the record is available electronically; and

    (b) Debtors shall file and serve their initial brief on appeal within 28 days after Penn files and serves its opening brief on appeal.

SO ORDERED on this 10 day of February 2016

JEFFREY S. WHITE
United States District Judge